UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK FORD, | ) | CIVIL ACTION NO. 4:21-CV-1957 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| TYLER SMITH, *et al.*, | ) | |
| Defendants | ) | |

ORDER

Upon consideration of Defendants' Motion to Dismiss (Doc. 20), and in accordance with the accompanying Memorandum, it is ORDERED that Defendants' Motion to Dismiss will be GRANTED in part and DENIED in part as follows:

(1) All claims against Defendants MacKnight, White, Mason, and Moslak are DISMISSED and the Clerk is directed to terminate these Defendants.

(2) Plaintiff's conspiracy, failure to intervene, equal protection, and sexual harassment claims are DISMISSED.

(3) Plaintiff's First Amendment Retaliation claims against Defendants Smith, Powell, and Wiedernold will be permitted to proceed.

Date: December 27, 2022    BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge