UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK FORD, | ) | CIVIL ACTION NO. 4:21-CV-1957 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| TYLER SMITH, *et al.*, | ) | |
| Defendants | ) | |

## ORDER

In accordance with the accompanying memorandum opinion, it is ordered that:

(1) Summary judgment be GRANTED in Defendants' favor as to Plaintiff's remaining claims against C/O Smith.

(2) Plaintiff's request for reconsideration of the Court's decision to grant summary judgment in Defendants' favor as to the retaliation claim against Hearing Examiner Wiederhold is DENIED.

(3) Plaintiff's requests for appointment of counsel and an evidentiary hearing are denied as moot.

(4) The Clerk of Court is directed to close this case.

Date: June 6, 2025    BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge